UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 15-20070-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**CHRISTOPHER JERMAIN SPANN,**

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion to Suppress Physical Evidence, (D.E. 18).

**THE MATTER** was referred to Magistrate Judge Andrea M. Simonton United States Magistrate Judge on March 16, 2015. A Report and Recommendation filed on April 21, 2015 recommending that Defendant's Motion to Suppress Evidence be **DENIED**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court conducted an independent review of the record and Defendant's objections. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Andrea M. Simonton, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of April, 2015.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Simonton
        Stewart G. Abrams, AFPD
        Kevin Quencer, AUSA

Case 1:15-cr-20070-DLG   Document 28   Entered on FLSD Docket 05/01/2015   Page 2 of 2